1  | Justin Fok, Esq., CSBN: 242272
   | Law Offices of Jean D. Chen
2  | 2107 N. First Street, Suite 300
   | San Jose, CA 95131
3  | Telephone: (408) 437-1788
4  | Facsimile: (408) 437-9788
   | Email: jfok@jclawoffice.com
5
6  | Attorney for Plaintiff
   | Shuyi Wu
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                            **COMPLAINT**

11 | **Shuyi Wu,**                                Case No.
12 |                )
   |         Plaintiff,    )
13 |                )          C 07   03765 WDB
   |       v.       )
14 |                )
15 | **Alberto Gonzales**, United States Attorney )   **PLAINTIFF'S ORIGINAL COMPLAINT**
   | General, U.S. Department of Justice;     )   **FOR WRIT IN THE NATURE OF**
16 | **Michael Chertoff**, Secretary of the   )   **MANDAMUS & DECLARATORY**
   | Department of Homeland Security;         )   **JUDGMENT UNDER 28 U.S.C. § 1361**
17 | **Emilio T. Gonzalez**, Director of United States )
18 | Citizenship and Immigration Services;    )   **Immigration Case**
   | **Robert S. Mueller III**, Director of the Federal )
19 | Bureau of Investigation,                 )
20 |                )
   |         Defendants.    )
21 |                )
   | _____ )
22

23

24        Plaintiff, Shuyi Wu, by and through her attorney of record, opens this lawsuit against the

25 Defendants and will show this Court the following:

26 1.      Plaintiff, Shuyi Wu, brings this case to compel action on the delayed processing of her I-

27 485, *Application to Register Permanent Residence or Adjust Status.*  This application remains

28 within the jurisdiction of the Defendants who have improperly delayed and withheld action on

Case No.                          1
Complaint

1  this application to Plaintiff's detriment.

2  **PARTIES**

3  2.    Plaintiff, Shuyi Wu, is the primary applicant of an I-485, *Application to Register*

4  *Permanent Residence or Adjust Status* ("I-485"), filed with United States Citizenship and

5  Immigration Services ("USCIS").

6  3.    Defendant, Alberto Gonzales, is the Attorney General of the United States, and this

7  action is brought against him in his official capacity.  He is authorized to adjust to permanent

8  resident status certain aliens who have been admitted to the United States, and is further

9  authorized to delegate such powers to other government officials. Defendant Gonzales is also the

10  head of the Department of Justice, which is the department responsible for the FBI and the

11  National Name Check Program.

12  4.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security

13  ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is

14  generally charged with enforcement of the Immigration and Nationality Act and its related

15  regulations, which provide for the processing of adjustment of status applications.

16  5.    Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought

17  against him in his official capacity.  USCIS is an agency within the DHS to which DHS'

18  authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall

19  administration of immigration benefits and services, including adjustment of status.

20  6.    Defendant, Robert S. Mueller, III, is Director of the Federal Bureau of Investigation

21  ("FBI"), and this action is brought against him in his official capacity.  Defendant Mueller has

22  yet to complete the security clearance ("Name Check") on Plaintiff's I-485 case.

23  **JURISDICTION**

24  7.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*

25  *seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.

26  Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,

27  28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

28

Case No.                                     2
Complaint

**VENUE**

8.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

9.      This lawsuit should be assigned to the San Francisco or Oakland Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in San Mateo County.

**EXHAUSTION OF REMEDIES**

10.     Plaintiff has exhausted her administrative remedies. Plaintiff has supplied the USCIS and the FBI with documents that clearly establish her eligibility to register as a permanent resident, and as will be demonstrated by the evidence, has followed up with numerous inquiries and requests to the pertinent administrative agencies attempting to expedite her delayed application.

**CAUSE OF ACTION**

11.     Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust Status* with the USCIS on September 25, 2005. (**EXHIBIT 1**). (Plaintiff previously filed an Employment Based I-485 with the Texas Service Center on January 10, 2005).

12.     On October 29, 2005 Plaintiff submitted her fingerprints at the USCIS San Francisco Application Support Center (**EXHIBIT 2**).

13.     On January 30, 2006, Plaintiff appeared at the USCIS San Francisco sub-office for her initial interview and was told that her application would be approved but for her pending FBI Name Check. (**EXHIBIT 3**).

14.     Plaintiff made an Infopass appointment at the USCIS San Francisco sub-office for July 20, 2006, to inquire into the status of her case.  Plaintiff was told that her I-485 application was still pending due to the FBI Name Check (**EXHIBIT 4**).

15.     On July 13, 2006, Plaintiff contacted U.S. Congresswoman Nancy Pelosi, requesting assistance with her stalled I-485 application. In a response letter dated July 18, 2006, Congresswoman Nancy Pelosi informed Plaintiff that her letter was forwarded to Congressman Tom Lantos. On July 20, 2006, Congressman Tom Lantos notified the Plaintiff he would contact

Case No.                                    3
Complaint

1   the FBI regarding her stalled application. (**EXHIBIT 5**).

2   16.    Plaintiff made an Infopass appointment at the USCIS San Francisco sub-office for

3   December 11, 2006, to inquire into the status of her case.  Plaintiff was told that her I-485

4   application was still pending due to the FBI Name Check (**EXHIBIT 6**).

5   17.    Plaintiff again made an Infopass appointment at the USCIS San Francisco sub-office for

6   March 5, 2007, to inquire into the status of her case.  Plaintiff was told that her I-485 application

7   was still pending due to the FBI Name Check (**EXHIBIT 7**).

8   18.    On March 11, 2007, Plaintiff wrote a letter to First Lady Laura Bush concerning her

9   name check status. Section Chief of the National Name Check Program Michael A. Cannon

10  responded on May 9, 2007 and stated the FBI received her name check request on February 3,

11  2005 (**EXHIBIT 8**).

12  19.    It has been nearly 2 years since Plaintiff filed her I-485 with USCIS on September 25,

13  2005, and nearly 2 ½  years since the FBI received her name check request from USCIS.

14  20.    Although the role of Defendants is pivotal to the security of the United States of America,

15  the Defendants' actions have gone well beyond the expected 8 months processing time for the

16  adjudication of an I-485 Application (See California Service Center processing dates for I-485

17  cases posted June 18, 2007 (**EXHIBIT 9**).

18  21.    Defendants have failed to adhere to their own processing times and procedures.

19  22.    Defendants have sufficient information to complete adjudication of Plaintiff's I-485

20  application.

21  23.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

22  their duties under the law.  Specifically:

23          (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot

24              travel or work without restriction.  She must spend additional time and pay

25              additional filing fees each year in order to work and travel legally.

26          (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

27              the United States, thus delaying her obtainment of the rights and privileges

28              enjoyed by citizens of the United States.

Case No.                              4
Complaint

1    24.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

2    unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

3    on Plaintiff's case.

4    25.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

5    unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

6    functions delegated to them by law within a reasonable time.

7                                                    **PRAYER**

8    26.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

9    respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

10    the Court enter an order:

11         (a) requiring USCIS to immediately submit an Expedite Request to the FBI for expedited

12              processing of Plaintiff's FBI Name Check;

13         (b) requiring USCIS to complete adjudication of Plaintiff's I-485 Application within 60

14              days of receiving the Court's Order;

15         (c) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

16         (d) granting such other relief at law and in equity as justice may require.

17

18

19

20

21

22    Dated: July 23, 2007                                    Respectfully Submitted,

23

24

25                                                            Justin Fok, CSBN: 242272
                                                              Attorney for Plaintiff

26

27

28

Case No.                                    5
Complaint

1

**EXHIBIT LIST**

2

3    Exhibit 1:    Plaintiff's receipt notice for Family based I-485 dated September 25, 2005

4

5    Exhibit 2:    Fingerprint Appointment Notice and Biometric Processing Stamp dated

6                  October 29, 2005

7

8    Exhibit 3:    Initial Interview request form and accompanying document

9

10   Exhibit 4:    Plaintiff's Infopass Appointment dated July 20, 2006

11

12   Exhibit 5:    Plaintiff's correspondence with Congresswoman Nancy Pelosi and Congressman

13                 Tom Lantos

14

15   Exhibit 6:    Plaintiff's Infopass Appointment dated December 11, 2006

16

17   Exhibit 7:    Plaintiff's Infopass Appointment dated March 5, 2007

18

19   Exhibit 8:    Correspondence with First Lady Laura Bush and Section Chief Michael A.

20                 Cannon.

21

22   Exhibit 9:    USCIS California Service Center Service Center Processing Date Posted June 18,

23                 2007

24

25

26

27

28

Case No.                              6
Complaint

# Exhibit 1

# Exhibit 1

U.S. Citizenship and Immigration Services                                    **I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number:<br><br>MSC-05-362-21159 | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:<br>September 25, 2005 | Priority Date: | Applicant:   A075591584<br>            WU, SHUYI |
|---|---|---|
| **Notice Date:**<br>September 30, 2005 | Page      1 OF 1 | ASC Code:   3 |

| SHUYI  WU<br>C/O JUSTINA QIN<br><br>SOUTH SAN FRANCISCO  CA  94080 | Notice Type:        Receipt Notice<br><br>Amount Received:        $385.00 |
|---|---|

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.**  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| U. S. Citizenship and Immigration Services<br>P.O. Box 648005<br>Lee's Summit, MO  64064<br>National Customer Service Center: 1-800-375-5283 |  |
|---|---|

                    5130071      0002724836                              Form I-797C (Rev. 11/28/03) N

# Exhibit 2

**Exhibit 2**

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | |
|---|---|
| | **NOTICE DATE** 10/13/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I765 | | | A075591584 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| MSC0536221163 | 2 | MSC | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
SHUYI WU

SOUTH SAN FRANCISCO, CA 94~

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XTD
BIOMETRICS QA REVIEW BY:
_____ ON OCT 2 9 2005
TENPRINTS QA REVIEW BY:

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO | 10/29/2005 |
| 250 BROADWAY STREET | 10:00 AM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICATION NUMBER**
MSC0536221163

**APPLICANT COPY**

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797C (Rev. 01/31/05) N

# Exhibit 3

# Exhibit 3

U.S. Citizenship and Immigration Serv·                                            **I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| **REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW** | November 22, 2005 |

| CASE TYPE | A# |
|---|---|
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A 075 591 584 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| MSC0536221159 | September 25, 2005 | September 25, 2005 | 1 of 1 |

SHUYI WU

▆▆▆▆▆▆▆▆▆▆

SOUTH SAN FRANCISCO CA  94080

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**\*NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

*YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:*  (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

*YOU MUST APPEAR FOR THIS INTERVIEW*- If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO:  U.S. Citizenship and Immigration Services | ON: Monday, January 30, 2006 |
|---|---|
| 630 SANSOME ST | AT:  09:30 AM |
| 2ND FLOOR - ADJUSTMENT OF STATUS | |
| SAN FRANCISCO CA 94111 | |

5                                                                                              APPLICANT COPY

Form I-797C (Rev. 01/31/05) N

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

SHUYI WU                    A75 591 584                    E-11(    )

SOUTH  SAN  FRANCISCO,  CA  △ HAND-DELIVERED to applicant        1/30/2006
94080

**THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.**

☐ Visa Availability   ☐ Fingerprints   ☒ Security Clearance(s)   ☐ A-file(s)   ☐ Further Review
☐ Documentation  (listed below)   ☐ Other:

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

You are advised that you are granted a period of ninety (90) days from the date of this letter to submit the
requested documents.  Please note that you may submit the documents at any time prior to that 90-day deadline.
You may submit the documents in person by scheduling an Infopass appointment via the Internet at our web
address http://infopass.uscis.gov/ or you may mail the documents to the following address:

Citizenship and Immigration Service
630 Sansome Street, AOS Unit
San Francisco, CA  94111

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc:

www.dhs.gov

# Exhibit 4

# Exhibit 4



**Name:** **Shuyi Wu**

**Appointment Question about case
Type:**

**Confirmation** SFR-06-30969             **Authentication** 1727d
**No.:**                                                  **Code:**

**Appointment** July 20, 2006            **Appointment** 8:45
**Date:**                                                  **Time:** AM

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 27231

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

# Exhibit 5

# Exhibit 5

JUL 1 7 2006

So. San Francisco, CA 94080

7/13/2006
Dear Ms. Pelosi,

I am writing to request your help on my immigration case.

My mom petitioned me as unmarried permanent resident's child in 1997. She naturalized last year and upgraded the application status to F1, unmarried child of a US citizen. Currently I am at the adjustment of status stage. As instructed by CIS, I did a fingerprint 10/29/05 and had an interview with CIS office in San Francisco on 1/30/2006. I was notified at the interview that they are waiting for security clearance results to approve my case. If I didn't hear anything in three months I should contact them again, which I did. In fact, I went back to the CIS office twice but the security clearance is still pending and they couldn't give me an estimate on how long it would take.

I heard normally security clearance should take less than 6 months, but it has been over 9 months.

It has been nine years since we started the process and it has been a painful time. Because my category is F1, US citizen of <u>unmarried</u> child, I can not plan for my wedding because I have to be single till I receive my green card. In the mean time, my Employment Authorization card (EAD) will be expire in October 2006, which means I can not work unless I renew a new one.

I called the FBI hotline but it was only voice recording. I left messages many time but never receive anything. <u>Could you please help me find out what stage my security clearance is at and how much longer I will have to wait?</u>

Here is the detail of my case:

Case Number: **WAC 9803050552** or MSC053622159
Fingerprint Notice Number: MSC0536221163
A #: A 075 591 584
Petitioner Name: Ms. Huiqun Zhong
Beneficiary Name: Shuyi Wu
Priority Date: 10/29/1997
Finger Print Date: 10/29/2005
485 Interview Date: 1/30/2006

Please contact me if you need any information or find out anything about my case. Thank you very much for your help!

Sincerely,

Shuyi Wu

Shuyi Wu
(Cell phone) 336-█████
Email: ████████@hotmail.com

**NANCY PELOSI**
8TH DISTRICT, CALIFORNIA

**DEMOCRATIC LEADER**

2371 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–0508
(202) 225–4965

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0508

DISTRICT OFFICE:
FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102–3460
(415) 556–4862
sf.nancy@mail.house.gov
www.house.gov/pelosi

July 18, 2006

Shuyi Wu
~~████████████~~
So. San Francisco, CA  94080

Dear Shuyi Wu:

I want to acknowledge your letter concerning your adjustment of status case.  While I appreciate your writing to me, Congressional courtesy requires that your Member of Congress be given the opportunity to address your concerns.  I have taken the liberty of forwarding a copy of your letter to the following address:

Congressman Tom Lantos, 12th District
400 So. El Camino Real, Room 410
San Mateo, CA  94402-1797
Phone: (650) 342 0300

Thank you for your interest in contacting my office.

Sincerely,

*Nancy Pelosi*

NANCY PELOSI
Member of Congress

NP:  hmi
cc:  Congressman Tom Lantos

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS



**Congress of the United States**
**House of Representatives**
**Washington, D.C. 20515**

TOM LANTOS
CALIFORNIA

WASHINGTON OFFICE:
2413 RAYBURN BUILDING
WASHINGTON, D.C. 20515
(202) 225-3531

DISTRICT OFFICE:
400 S. EL CAMINO REAL
SUITE 410
SAN MATEO, CA 94402
(650) 342-0300
IN SAN FRANCISCO:
(415) 566-5257

INTERNATIONAL RELATIONS COMMITTEE
Ranking Democratic Member

GOVERNMENT REFORM COMMITTEE
Subcommittee on Energy Policy,
Natural Resources and Regulatory Affairs
Subcommittee on National Security,
Veterans' Affairs and International Relations

Cochair, Permanent United States
Congressional Delegation to the
European Parliament
Member, United States
Congressional Delegation to the
NATO Parliamentary Assembly
Cochair, Congressional
Human Rights Caucus
Member, United States Holocaust Memorial Council

July 20, 2006

Shuyi Yu
~~[redacted]~~
South San Francisco, CA 94080

Dear Shuyi Yu:

I recently received your inquiry regarding the status of the FBI Name Check for your immigration petition. I will be pleased to contact the FBI on your behalf to determine that they do have a request from the U.S. Citizenship & Immigration Services for a Name Check for you and also to ask what the status of the Name Check is. Please be advised that it can take up to 6 months to receive an answer from the FBI. Additional information about the FBI Name Check Program is included with this letter. In order to make the inquiry, I will need to supply the following information about your case:

Full name as it appears on the petition: _____ *Shuyi Wu* _____

Local address: _____ *South San Francisco, CA 94080* _____

Local telephone numbers: _____ *(336)* [redacted] *(cell phone)* _____

Date of Birth: _____ [redacted] _____ A#: *075 591 584* _____

Please mail or FAX this form and a copy of the receipt notice for your petition to the attention of Marilyn Wacks at my San Mateo district office:

Congressman Lantos
400 South El Camino Real, Suite 410
San Mateo, CA 94402
FAX: (650) 375-8270

Cordially,

*Tom Lantos*

Tom Lantos
Member of Congress

# Exhibit 6

# Exhibit 6



**Name: Shuyi Wu**

**Appointment Question about case
Type:**

**Confirmation SFR-06-51763
No.:**

**Appointment December 11, 2006
Date:**

**Authentication 1727d
Code:**

**Appointment 10:15
Time: AM**

**Location: 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY**

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number: *89155*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

# Exhibit 7

# Exhibit 7

04/18/2007  09:20    415-975-  74        WELLS FARGO BANK CCG                    PAGE  03/04

InfoPass..                                                                  Page 1 of 1



**Name: Shuyi Wu**

**Appointment Question about case**
**Type:**

**Confirmation** SFR-07-7197
**No.:**

**Authentication** 1727d
**Code:**

**Appointment** March 5, 2007
**Date:**

**Appointment** 10:15
**Time:** AM

**Location: 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY**

## This is your Confirmation Number:



*SFR-07-7197*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 83880

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

# Exhibit 8

# Exhibit 8



**U.S. Department of Justice**

Federal Bureau of Investigation

---

Washington, D. C. 20535-0001

WH 588185

May 9, 2007

Ms. Shuyi Wu
~~████████~~
Foster City, CA  94404

Dear Ms. Wu:

Your letter dated March 11, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on February 3, 2005, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

*Daniel J. ...*

For:   Michael A. Cannon
       Section Chief
       National Name Check Program Section
       Records Management Division

# Exhibit 9

# Exhibit 9



Home    Contact Us    Site Map    FAQ

Search
Advanced Search


Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## California Service Center Service Center Processing Dates
## Posted June 18, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 06, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 11, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 29, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | April 15, 2007 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 15, 2007 |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | December 14, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | December 13, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |

| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
|---|---|---|---|
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | December 14, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | July 26, 2005 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 14, 2006 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | December 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 15, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 21, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | March 29, 2007 |

Case 4:07-cv-03765-WDB    Document 1    Filed 07/23/2007    Page 30 of 30

| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 29, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

[ Print This Page ]    [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security