1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile: (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Shuyi Wu
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 **Shuyi Wu**                          ) Case No.
12                                       )
13          Plaintiff,                   ) C07 03765 WDB
                                         )
14     v.                                )
                                         )
15 **Alberto Gonzales**, United States Attorney )
   General, U.S. Department of Justice;  )
16 **Michael Chertoff**, Secretary of the ) CERTIFICATION OF INTERESTED
   Department of Homeland Security;      ) ENTITIES OR PERSONS
17 **Emilio T. Gonzalez**, Director of United States )
18 Citizenship and Immigration Services; )
   **Robert S. Mueller III**, Director of the Federal ) **Immigration Case**
19 Bureau of Investigation               )
                                         )
20          Defendants.                  )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23 _____)

24      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

25 named parties, there is no such interest to report.

26 ///

27 ///

28 ///

Case No.                                         1
Certification of Interested Entities or Persons

1
2  Dated: 7/20/07                                          Respectfully Submitted,
3
4                                                          _____
5                                                          Justin Fok, CSBN: 242272
                                                           Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.                                  2
Certification of Interested Entities or Persons