Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Shuyi Wu

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Shuyi Wu** | Case No. C 07-3765 WDB |
| Plaintiff, | **PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the

Parties' Joint Request for Exemption         1
C07-3765 WDB

1  substance of the action and the lack of any potential middle ground, ADR will only serve to
2  multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR
3  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and
4  that they be excused from participating in the ADR phone conference and any further formal
5  ADR process.

Respectfully Submitted,

Dated: October 9, 2007            _____/s/_____
                                  Justin G. Fok
                                  Attorney for Plaintiff

Dated: October 9, 2007            _____/s/_____
                                  Edward A. Olsen
                                  Assistant United States Attorney
                                  Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                             _____
                                  Wayne D. Brazil
                                  United States Magistrate Judge

Parties' Joint Request for Exemption            2
C07-3765 WDB