1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHUYI WU, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, <br><br> Defendants. | No. C 07-3765 WDB <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Parties' Consent to Magistrate Jurisdiction
C07-3765 WDB                              1

| | | |
|---|---|---|
| 1 | Dated: October 15, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | Dated: October 12, 2007 | _____/s/_____ |
| 8 | | JUSTIN FOK<br>Attorney for Plaintiff |

Parties' Consent to Magistrate Jurisdiction
C07-3765 WDB                                   2