SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHUYI WU, | )<br>) No. C 07-3765 WDB<br>) |
|            Plaintiff, | )<br>) |
| v. | )<br>) **STIPULATION TO DISMISS; AND**<br>) **[PROPOSED] ORDER** |
| ALBERTO GONZALES, United States Attorney<br>General, U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United<br>States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the<br>Federal Bureau of Investigations, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|            Defendants. | )<br>) |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-3765 WDB                1

1  Dated: October 15, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4                                             _____/s/_____
                                              EDWARD A. OLSEN
5                                             Assistant United States Attorney
                                              Attorney for Defendants
6

7
   Dated: October 12, 2007                    _____/s/_____
8                                             JUSTIN FOK
                                              Attorney for Plaintiff
9

10                                  **ORDER**

11
        Pursuant to stipulation, IT IS SO ORDERED.
12

13
   Date: _____
14                                            WAYNE D. BRAZIL
                                              United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28